**Dismissed and Opinion Filed March 11, 2024**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00987-CV**

_____

**LABRANDON WIGGINS, Appellant**
**V.**
**THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TX CEDAR SPRING, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-03551-D**

## MEMORANDUM OPINION

Before Justices Garcia, Breedlove, and Kennedy
Opinion by Justice Breedlove

Before the Court is appellee's February 29, 2024 motion to dismiss this appeal for want of prosecution. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by January 22, 2024. By postcard dated January 24, 2024, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we grant appellee's motion and dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

230987f.p05

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LABRANDON WIGGINS,
Appellant

No. 05-23-00987-CV     V.

THE HOUSING AUTHORITY OF
THE CITY OF DALLAS, TX
CEDAR SPRING, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-23-03551-
D.
Opinion delivered by Justice
Breedlove. Justices Garcia and
Kennedy participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 11th day of March, 2024.